UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JUAN SONTAY and<br>ARMANDO DE JESUS SONTAY IXCOY,<br>*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*<br>    Plaintiffs,<br><br>    v.<br><br>144 NINTH GOTHAM PIZZA INC.,<br>    d/b/a GOTHAM PIZZA<br>1443 YORK GOTHAM PIZZA INC.,<br>    d/b/a GOTHAM PIZZA<br>1667 FIRST GOTHAM PIZZA INC.,<br>    d/b/a GOTHAM PIZZA<br>852 EIGHTH GOTHAM PIZZA, INC.,<br>    d/b/a GOTHAM PIZZA<br>LANA SHAMAILOVQ<br>    Defendants. | Case No: 1:21-cv-01183<br><br>**NOTICE OF ACCEPTANCE**<br>**OF OFFER OF JUDGMENT** |

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Plaintiffs JUAN SONTAY and ARMANDO DE JESUS SONTAY IXCOY hereby accept and provide notice that they have accepted Defendants' Offer of Judgment dated May 18, 2021 and annexed hereto as **Exhibit A**.

Dated: May 20, 2021

Respectfully submitted,

By: _____
C.K. Lee, Esq. (CL 4086)
LEE LITIGATION GROUP, PLLC
148 West 24th Street, 8th Floor
New York, NY 10011
Tel.: (212) 465-1188
Fax: (212) 465-1181
*Attorney for Plaintiff*