USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN SONTAY and
ARMANDO DE JESUS SONTAY IXCOY,
*on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

        Plaintiffs,

v.

144 NINTH GOTHAM PIZZA INC.,
    d/b/a GOTHAM PIZZA
1443 YORK GOTHAM PIZZA INC.,
    d/b/a GOTHAM PIZZA
1667 FIRST GOTHAM PIZZA INC.,
    d/b/a GOTHAM PIZZA
852 EIGHTH GOTHAM PIZZA, INC.,
    d/b/a GOTHAM PIZZA
LANA SHAMAILOVQ
        Defendants.

Case No: 1:21-cv-01183

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants 144 NINTH GOTHAM PIZZA INC. d/b/a GOTHAM PIZZA, 1443 YORK GOTHAM PIZZA INC. d/b/a GOTHAM PIZZA, 1667 FIRST GOTHAM PIZZA INC. d/b/a GOTHAM PIZZA, 852 EIGHTH GOTHAM PIZZA, INC. d/b/a GOTHAM PIZZA, and LANA SHAMAILOVQ ("Defendants") having offered to allow Plaintiffs JUAN SONTAY and ARMANDO DE JESUS SONTAY IXCOY ("Plaintiffs") to take a judgment against them, jointly and severally, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 18, 2021 and filed as Exhibit A to Docket Number 20;

**WHEREAS**, on May 20, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgement (Dkt. No. 20);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs JUAN SONTAY and ARMANDO DE JESUS SONTAY IXCOY, in the sum of Thirty Thousand Dollars and No Cents ($30,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated May 18, 2021 and filed as Exhibit A to Docket Number 20. The Clerk is directed to close this case.

**SO ORDERED:**

Dated: July 26, 2021
New York, New York

_____
U.S.D.J.